UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SHARI EALY,<br>　　　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　　　　Defendant. | No. EDCV 15-1008 FFM<br><br>JUDGMENT OF REMAND |

　　　　The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated December 6, 2016.

DATED: <u>December 6, 2016</u>

　　　　　　　　　　　　　　　　　　　　/S/FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge